UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | Case No.23-cv-01890-AMO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MOISES BECERRA, et al., | |
| Defendants. | |

On October 6, 2023, the Court granted Petitioner John Doe's habeas petition.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Petitioner and against Respondents.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 21, 2023

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**